# EXHIBIT 1





EXHIBIT 1

028