# EXHIBIT 2

CHECK YOUR SYMPTOMS    FIND A DOCTOR    FIND LOWEST DRUG PRICES                SIGN IN    SUBSCRIBE

WebMD    HEALTH A-Z    DRUGS & SUPPLEMENTS    LIVING HEALTHY    FAMILY & PREGNANCY    NEWS & EXPERTS    SEARCH



MENU

A to Z Guides > Reference >

# Oral Herpes

## Oral Herpes Overview

Oral herpes is an infection caused by the herpes simplex virus. The virus causes painful sores on your lips, gums, tongue, roof of your mouth, and inside your cheeks. It also can cause symptoms such as fever and muscle aches.

- The herpes simplex virus affects only humans. Mouth sores most commonly occur in children aged 1-2 years, but they can affect people at any age and any time of the year.

- People contract herpes by touching infected saliva, mucous membranes, or skin. Because the virus is highly contagious, most people have been infected by at least 1 herpes subtype before adulthood.

- After the herpes virus infects you, it has a rather unique ability to proceed to 3 stages.
  - Primary infection: The virus enters your skin or mucous membrane and reproduces. During this stage, oral sores and other symptoms, such as fever, may develop.
    - The virus may not cause any sores and symptoms. You may not know that you have it. This is called asymptomatic infection.
    - Asymptomatic infection occurs twice as often as the disease with symptoms.

**IN THIS ARTICLE**

- Oral Herpes Overview
- Oral Herpes Causes
- Oral Herpes Symptoms
- When to Seek Medical Care
- Exams and Tests
- Oral Herpes Treatment Self-Care at Home
- Medical Treatment
- Next Steps Follow-up
- Prevention
- Outlook
- Multimedia
- Synonyms and Keywords

CONTINUE READING BELOW

**YOU MIGHT LIKE**

**SLIDESHOW**
**Blisters Causes and Treatment**
Blisters can result from an ill-fitting shoe, a bug bite, or a serious health problem like shingles. Find out more about what causes them and how to treat them.

Ad
**Best Appetite Suppressant**
Evaluate and select the best alternatives here.

- Latency: From the infected site, the virus moves to a mass of nervous tissue in your spine called the dorsal root ganglion. There the virus reproduces again and becomes inactive.

- Recurrence: When you encounter certain stresses, emotional or physical, the virus may reactivate and cause new sores and symptoms.

## Oral Herpes Causes

Herpes simplex is a DNA virus that causes sores in and around your mouth. Two herpes subtypes may cause these sores.

**TODAY ON WEBMD**

- **Pleural Effusion** What is it?
- **Guide to Blood Cancers** From symptoms to treatment, here's what you need to know.
- **Managing Sugar Spikes** How stress plays a role.
- **7 Fatigue Fighters** Give them a try.



**RECOMMENDED FOR YOU**

ARTICLE — Why Your Mealtime is Key When Taking Insulin
VIDEO — 4 Things You Shouldn't Say to Someone With Cancer
SLIDESHOW — What to Do About Dandruff
ARTICLE — Primary Periodic Paralysis: What Causes This Rare Condition?
SLIDESHOW — 12 Surprising Things That Can Hurt Your Kidneys
ARTICLE — Is Immunotherapy an Option for You?
ARTICLE — Bone Pain With Cancer: Why It Hurts
QUIZ — Test Your Knowledge About Your Kidneys



**TOOLS & RESOURCES**
- Top Problems in Your Mouth
- Picture of Cold Sores (Fever Blisters)

EXHIBIT 2    029

- Herpes simplex virus, type 1 or herpes-1, which causes 80% of cases of oral herpes infections
- Herpes simplex virus, type 2 or herpes-2, which causes the rest

1  2  3  View All        < NEXT PAGE >

Cold Sores Symptoms

Herpes Simplex Type 1 and Type 2

Potential Herpes Triggers

Quiz: Mouth Myths and Facts

### SPONSORED ADS

| 1 Best Moisturizers for Aging Skin | 4 Eye Drops for Dry Eyes |
| 2 Under Eye Bags Treatment | 5 Best Sleep Medications |
| 3 Osteoarthritis Pain Relief | 6 Best Mattress for Lower Back Pain |

### SUBSCRIBE TO WEBMD NEWSLETTERS

- Living Better
- Women's Health
- Men's Health
- Weight Loss Wisdom

Enter email address

**Subscribe**

By clicking "Submit," I agree to the WebMD Terms and Conditions and Privacy Policy. I also agree to receive emails from WebMD and I understand that I may opt out of WebMD subscriptions at any time.

### TOP PICKS

Treating Mantle Cell Lymphoma

Staying Healthy When You're in Remission

Metastatic Breast Cancer: Explore Your Treatment Options

What Puts You at Risk for CLL?

Foods Your Dog Should Never Eat

15 Tips for Managing Diabetes at Work

### FURTHER READING

Picture of Sucking Blister

Slideshow: Blisters Causes and Treatment

Get to the Bottom of Your Sore Throat

Encephalitis Prevention

Encephalitis Treatment

What Are Cold Sores?

Cold Sores Symptoms

Blisters Topics >

---

Sponsor Content — Edwards

**What Is Aortic Stenosis?**   [Sign Up]

Request your Free Info Kit for resources about aortic stenosis.

---

**Health Solutions** FROM OUR SPONSORS

| Travelers Diarrhea | Diarrhea Solutions | Aortic Stenosis Causes | Affordable ED Meds |
| Open Heart Alternatives | Severe Aortic Stenosis? | Probiotic Supplements | Improving Digestion |
| Cancer: Second Opinions | Benefits of Probiotics | Treating Addiction | Valve Disease Treatment |
| Penis Curved When Erect | Get Help with ED | Fast Diarrhea Recovery | Tips to Beat Heartburn |

**More from WebMD**

| Test Your Eye Health | How Does Chemo Work? | Managing Diabetes at Work | Protect Yourself from a Bone Fracture |
| Live Better With MS Assessment | Tips to Prevent Heartburn | Remedies for Heartburn | Test Your MS Care Routine |
| What Is Endometriosis? | Food After Chemo | Avoid Allergy Triggers | What's New in Psoriasis Research |
| Yeast Infection Assessment | What Meningitis Does to Your Body | Treating Advanced Prostate Cancer | Sex When You Have Genital Psoriasis |

---

**WebMD**

**Policies**
Privacy Policy
Cookie Policy
Editorial Policy
Advertising Policy
Correction Policy
Terms of Use

**About**
Contact Us
About WebMD
Careers
Newsletter

**WebMD Network**
Medscape
Medscape Reference
MedicineNet
eMedicineHealth
RxList
OnHealth
WebMDRx
First Aid
WebMD Magazine
WebMD Health Record
Dictionary
Physician Directory

**Our Apps**
WebMD Mobile
WebMD App
Pregnancy
Baby
Allergy
Medscape

**For Advertisers**
Advertise with Us
Advertising Policy

EXHIBIT 2                                                                   030

Corporate
WebMD Health Services
Site Map
Accessibility

AdChoices

© 2005 - 2018 WebMD LLC. All rights reserved.
WebMD does not provide medical advice, diagnosis or treatment.
See additional information.

Captured by FireShot Pro [18-12-2018, 14:56:37]

**EXHIBIT 2**

CHECK YOUR SYMPTOMS | FIND A DOCTOR | FIND LOWEST DRUG PRICES

SIGN IN | SUBSCRIBE

**WebMD**

HEALTH A-Z | DRUGS & SUPPLEMENTS | LIVING HEALTHY | FAMILY & PREGNANCY | NEWS & EXPERTS

SEARCH


BREO ELLIPTA (fluticasone furoate 100 mcg and vilanterol 25 mcg inhalation powder) — Once-daily BREO could be the missing piece you've been looking for. Important Safety Information SCROLL HERE ▼ BREO contains vilanterol. LABA medicines such as vilanterol when used alone increase the risk of hospitalizations and death from asthma problems. BREO contains an ICS and a LABA. When an ICS and LABA are used together, there Prescribing Info > | Patient Info >



MENU ▼

A to Z Guides > Reference >

# Oral Herpes
CONTINUED

  

## Oral Herpes Symptoms

Incubation period: For oral herpes, the amount of time between contact with the virus and the appearance of symptoms, the incubation period, is 2-12 days. Most people average about 4 days.

**IN THIS ARTICLE**

- Oral Herpes Overview
- Oral Herpes Causes
- Oral Herpes Symptoms
- When to Seek Medical Care
- Exams and Tests
- Oral Herpes Treatment Self-Care at Home
- Medical Treatment
- Next Steps Follow-up
- Prevention
- Outlook
- Multimedia
- Synonyms and Keywords

- Duration of illness: Signs and symptoms will last 2-3 weeks. Fever, tiredness, muscle aches, and irritability may occur.
  - Pain, burning, tingling, or itching occurs at the infection site before the sores appear. Then clusters of blisters erupt. These blisters break down rapidly and, when seen, appear as tiny, shallow, gray ulcers on a red base. A few days later, they become crusted or scabbed and appear drier and more yellow
  - Oral sores: The most intense pain caused by these sores occurs at the onset and make eating and drinking difficult.
    - The sores may occur on the lips, the gums, the front of the tongue, the inside of the cheeks, the throat, and the roof of the mouth.
    - They may also extend down the chin and neck.
    - The gums may become mildly swollen and red and may bleed.
    - Neck lymph nodes often swell and become painful.
    - In people in their teens and 20s, herpes may cause a painful throat with shallow ulcers and a grayish coating on the tonsils.

### When to Seek Medical Care

**When to call the doctor**

CONTINUE READING BELOW

**YOU MIGHT LIKE**

SLIDESHOW
**Slideshow: Anatomy of a Sore Throat**
WebMD explores the types and causes of sore throat, including strep throat, and shows you how to find relief from that raw, scratchy feeling.



- Because the sores are painful, you may have difficulty eating or drinking. To prevent dehydration, call your doctor as soon as you cannot eat or drink.
- Call your doctor immediately if any of these symptoms, which suggest dehydration, occur:
  - A decrease in urination (fewer wet diapers in infants)
  - Drowsiness
  - Irritability
  - Dry mouth

**TODAY ON WEBMD**


**Pleural Effusion**
What is it?


**Managing Sugar Spikes**
What to do when lifestyle changes aren't enough.


**Guide to Blood Cancers**
What makes a person more likely to get one?


**Birth Control Quiz**
Test your knowledge about the pill, condoms, and more.



**RECOMMENDED FOR YOU**


ARTICLE
Meals and Insulin: What to Know About Timing


VIDEO
4 Things to Never Say to Someone With Cancer


ARTICLE
Primary Periodic Paralysis: What Causes This Rare Condition?


SLIDESHOW
12 Surprising Things That Can Hurt Your Kidneys


SLIDESHOW
How to Get Rid of Dandruff


ARTICLE
Is Immunotherapy an Option for You?


ARTICLE
Bone Pain With Cancer: Why It Hurts


ARTICLE
7 Causes of Itchy Ears





**TOOLS & RESOURCES**

Picture of Athlete's Foot

How to Tell Your Partner You Have

EXHIBIT 2                                    032

- Call your doctor if you or your children are not sure what the sores are.
- If your child is younger than 8 weeks, notify your doctor when sores appear. Severe infection or disease complications occur more commonly in infants. For instance, besides affecting the mouth, the herpes simplex virus may go to the brain and produce damage.
- People whose immune systems are weakened should also call their doctor when sores appear. Your immune system protects you from infection or fights infection. If your system is weakened, you are more likely to have severe infection or disease complication.

**When to go to the hospital**

**Follicular Lymphoma Treatment - Information & Support**
Read About Symptoms To Watch For In Follicular Lymphoma & View Treatment Info.
www.treatment-for-fl-cancer.com

Signs and symptoms of dehydration may warrant going to a hospital's emergency department.

1   2   3   View All   <   NEXT PAGE

### Sidebar

How to Tell Your Partner You Have Genital Herpes

Oral Health Signs You Should Never Ignore

What Are Cold Sores?

Top Problems in Your Mouth

Picture of Squamous Cell Carcinoma on the Calf

**SUBSCRIBE TO WEBMD NEWSLETTERS**
- Living Better
- Women's Health
- Men's Health
- Weight Loss Wisdom

Enter email address

**Subscribe**

By clicking "Submit," I agree to the WebMD Terms and Conditions and Privacy Policy. I also agree to receive emails from WebMD and I understand that I may opt out of WebMD subscriptions at any time.

---

**SPONSORED ADS**

1. Under Eye Bags Treatment
2. Best Moisturizers for Aging Skin
3. Memory Loss Supplements
4. Best Mattress for Lower Back Pain
5. Shoes for Foot Pain
6. New Sleep Apnea Devices

**TOP PICKS**

- What to Know About Mantle Cell Lymphoma
- How Does Migraine Affect Your Body?
- What Remission Looks Like
- What Are Treatment Options for Metastatic Breast Cancer?
- What Puts You at Risk for CLL?
- Liver Donation: What Happens?

**FURTHER READING**

- Picture of Sucking Blister
- Slideshow: Blisters Causes and Treatment
- Get to the Bottom of Your Sore Throat
- Encephalitis Prevention
- Encephalitis Treatment
- What Are Cold Sores?
- Cold Sores Symptoms

Blisters Topics >

---



Sponsor Content — Edwards
**Is TAVR Right For You?**
Take control of your severe aortic stenosis. Request your Free TAVR Info Kit. Learn about all your treatment options.
Learn More

---

**Health Solutions** FROM OUR SPONSORS

| | |
|---|---|
| Travelers Diarrhea | Diarrhea Solutions |
| Open Heart Alternatives | Severe Aortic Stenosis? |
| Cancer: Second Opinions | Benefits of Probiotics |
| Penis Curved When Erect | Get Help with ED |

| | |
|---|---|
| Aortic Stenosis Causes | Affordable ED Meds |
| Probiotic Supplements | Improving Digestion |
| Treating Addiction | Valve Disease Treatment |
| Fast Diarrhea Recovery | Tips to Beat Heartburn |

**More from WebMD**

| | | | |
|---|---|---|---|
| Test Your Eye Health | How Does Chemo Work? | Managing Diabetes at Work | Protect Yourself from a Bone Fracture |
| Live Better With MS Assessment | Tips to Prevent Heartburn | Remedies for Heartburn | Test Your MS Care Routine |
| What Is Endometriosis? | Food After Chemo | Avoid Allergy Triggers | What's New in Psoriasis Research |

EXHIBIT 2        033

| What is Endometriosis? | Food After Chemo | Avoid Allergy Triggers | What's New in Psoriasis Research |
| Yeast Infection Assessment | What Meningitis Does to Your Body | Treating Advanced Prostate Cancer | Sex When You Have Genital Psoriasis |





| Policies | WebMD Network | Our Apps |
|---|---|---|
| Privacy Policy | Medscape | WebMD Mobile |
| Cookie Policy | Medscape Reference | WebMD App |
| Editorial Policy | MedicineNet | Pregnancy |
| Advertising Policy | eMedicineHealth | Baby |
| Correction Policy | RxList | Allergy |
| Terms of Use | OnHealth | Medscape |
| | WebMDRx | |
| About | First Aid | For Advertisers |
| Contact Us | WebMD Magazine | Advertise with Us |
| About WebMD | WebMD Health Record | Advertising Policy |
| Careers | Dictionary | |
| Newsletter | Physician Directory | |
| Corporate | | |
| WebMD Health Services | | |
| Site Map | | |
| Accessibility | | |

   AdChoices

© 2005 - 2018 WebMD LLC. All rights reserved.
WebMD does not provide medical advice, diagnosis or treatment.
See additional information.

Captured by FireShot Pro [20-12-2018, 11:13:11]

EXHIBIT 2                                                                                   034

CHECK YOUR SYMPTOMS | FIND A DOCTOR | FIND LOWEST DRUG PRICES

SIGN IN | SUBSCRIBE

**WebMD**

- HEALTH A-Z
- DRUGS & SUPPLEMENTS
- LIVING HEALTHY
- FAMILY & PREGNANCY
- NEWS & EXPERTS

SEARCH


ADVERTISEMENT

MENU

A to Z Guides > Reference >

# Oral Herpes

CONTINUED


ADVERTISEMENT

## Exams and Tests

A doctor will base a diagnosis on information you provide and on physical examination. The characteristic appearance of the herpes sores leaves little doubt. Further testing is usually not necessary.

If you require a definitive diagnosis, for instance, if your infection involves other organ systems, the doctor may conduct laboratory tests.

- A sample from the sores to identify the virus
- A culture analysis
- A staining test called the Tzanck smear
- Antigen and antibody studies
- Blood sampling for antibody studies

### Oral Herpes Treatment Self-Care at Home

- Use acetaminophen (Feverall, Panadol, Tylenol) or ibuprofen (Ibuprin, Advil, Motrin) for fever and muscle aches.
- Drink plenty of fluids to prevent dehydration.

### Medical Treatment

Treatment includes medication for fever and taking plenty of fluids.

- A topical anesthetic such as viscous lidocaine (Dilocaine, Nervocaine, Xylocaine, Zilactin-L) may be prescribed to relieve pain.
- Oral or IV medication does exist for herpes but is not recommended for people with a normal immune system. It is used only for people with weakened immune systems, infants younger than 6 weeks, or people with severe disease.
- Some people may require hospital admission:
  - Those with severe local infection
  - People whose infection has spread to other organ systems
  - People with weakened immune systems
  - Dehydrated individuals who need IV hydration
  - Infants younger than 6 weeks

CONTINUE READING BELOW

**IN THIS ARTICLE**

- Oral Herpes Overview
- Oral Herpes Causes
- Oral Herpes Symptoms
- When to Seek Medical Care
- Exams and Tests
- Oral Herpes Treatment Self-Care at Home
- Medical Treatment
- Next Steps Follow-up
- Prevention
- Outlook
- Multimedia
- Synonyms and Keywords

**SLIDESHOW**
### Slideshow: Anatomy of a Sore Throat
WebMD explores the types and causes of sore throat, including strep throat, and shows you how to find relief from that raw, scratchy feeling.

## Next Steps Follow-up

- Drink plenty of fluids.
- Use pain medications as instructed by the doctor.
- Use medications to control fever.
- Watch for signs and symptoms of dehydration.

**TODAY ON WEBMD**


**Pleural Effusion**
What is it?


**Guide to Blood Cancers**
What makes a person more likely to get one?


**Managing Sugar Spikes**
What to do when lifestyle changes aren't enough.


**Birth Control Quiz**
Test your knowledge about the pill, condoms, and more.


ADVERTISEMENT

**RECOMMENDED FOR YOU**


ARTICLE
Meals and Insulin: Why Timing is Key


VIDEO
4 Things You Shouldn't Say to Someone With Cancer


ARTICLE
Primary Periodic Paralysis: Symptoms, Causes, Treatment


SLIDESHOW
Surprising Things That Can Hurt Your Kidneys


SLIDESHOW
What to Do About Dandruff


ARTICLE
Should You Try Immunotherapy?


ARTICLE
Bone Pain With Cancer: Why It Hurts


QUIZ
How Much Do You Know About Your Kidneys?

EXHIBIT 2    035

Watch for signs and symptoms of dehydration.

**Prevention**

Avoid touching saliva, skin, or mucous membranes that have sores.

**Outlook**

The sores and symptoms of oral herpes completely clear up in 2-3 weeks. But the sores may reappear under certain stressful situations.



What Is Aortic Stenosis?

Sign Up

Request your Free Info Kit for resources about aortic stenosis.

**Multimedia**

Media file 1: Oral Herpes. Clusters of blisters erupt on the lips, tongue, and inside the mouth. Most people have been infected by at least 1 herpes subtype before adulthood.



**Synonyms and Keywords**

herpes labialis, herpes gingivostomatitis, herpes pharyngitis, cold sores, fever blisters, herpes simplex virus, herpes simplex virus type 1, herpes-1, herpes simplex virus, type 2 or herpes-2, herpes blister, oral blister, oral herpes

WebMD Medical Reference from eMedicineHealth | Reviewed by Carol DerSarkissian on November 23, 2018

Sources ⌄    © 2016 WebMD, LLC. All rights reserved.

| 1 | 2 | **3** | View All | ‹ | › |

**SPONSORED ADS**

| 1 | Under Eye Bags Treatment | › | 4 | Best Mattress for Lower Back Pain | › |
| 2 | Best Moisturizers for Aging Skin | › | 5 | Shoes for Foot Pain | › |
| 3 | Memory Loss Supplements | › | 6 | New Sleep Apnea Devices | › |

**TOP PICKS**

What to Know About Mantle Cell Lymphoma

What Remission Looks Like

Metastatic Breast Cancer: Explore Your Treatment Options

How Does Migraine Affect Your Body?

What Puts You at Risk for CLL?

Ways to Boost Your Immune System

**FURTHER READING**

Picture of Sucking Blister

Slideshow: Blisters Causes and Treatment

Get to the Bottom of Your Sore Throat

Encephalitis Prevention

Encephalitis Treatment

What Are Cold Sores?

Cold Sores Symptoms

Blisters Topics ›



Sponsor Content

Is TAVR Right For You?

Learn More

Take control of your severe aortic stenosis.

**TOOLS & RESOURCES**

Picture of Athlete's Foot

How to Tell Your Partner You Have Genital Herpes

Oral Health Signs You Should Never Ignore

What Are Cold Sores?

Top Problems in Your Mouth

Picture of Squamous Cell Carcinoma on the Calf

**SUBSCRIBE TO WEBMD NEWSLETTERS**

☐ Living Better
☐ Women's Health
☐ Men's Health
☐ Weight Loss Wisdom

Enter email address

Subscribe

By clicking "Submit," I agree to the WebMD Terms and Conditions and Privacy Policy. I also agree to receive emails from WebMD and I understand that I may opt out of WebMD subscriptions at any time.

EXHIBIT 2        **036**

Request your Free TAVR Info Kit. Learn about all your treatment options.

### Health Solutions FROM OUR SPONSORS

- Travelers Diarrhea
- Open Heart Alternatives
- Cancer: Second Opinions
- Penis Curved When Erect
- Diarrhea Solutions
- Severe Aortic Stenosis?
- Benefits of Probiotics
- Get Help with ED
- Aortic Stenosis Causes
- Probiotic Supplements
- Treating Addiction
- Fast Diarrhea Recovery
- Affordable ED Meds
- Improving Digestion
- Valve Disease Treatment
- Tips to Beat Heartburn

### More from WebMD

- Test Your Eye Health
- Live Better With MS Assessment
- What Is Endometriosis?
- Yeast Infection Assessment
- How Does Chemo Work?
- Tips to Prevent Heartburn
- Food After Chemo
- What Meningitis Does to Your Body
- Managing Diabetes at Work
- Remedies for Heartburn
- Avoid Allergy Triggers
- Treating Advanced Prostate Cancer
- Protect Yourself from a Bone Fracture
- Test Your MS Care Routine
- What's New in Psoriasis Research
- Sex When You Have Genital Psoriasis

**WebMD**

**Policies**
- Privacy Policy
- Cookie Policy
- Editorial Policy
- Advertising Policy
- Correction Policy
- Terms of Use

**About**
- Contact Us
- About WebMD
- Careers
- Newsletter
- Corporate
- WebMD Health Services
- Site Map
- Accessibility

**WebMD Network**
- Medscape
- Medscape Reference
- MedicineNet
- eMedicineHealth
- RxList
- OnHealth
- WebMDRx
- First Aid
- WebMD Magazine
- WebMD Health Record
- Dictionary
- Physician Directory

**Our Apps**
- WebMD Mobile
- WebMD App
- Pregnancy
- Baby
- Allergy
- Medscape

**For Advertisers**
- Advertise with Us
- Advertising Policy

© 2005 - 2018 WebMD LLC. All rights reserved.
WebMD does not provide medical advice, diagnosis or treatment.
See additional information.

Captured by FireShot Pro [20-12-2018, 11:13:42]

EXHIBIT 2                                                          037