# EXHIBIT 3



EXHIBIT 3

038



EXHIBIT 3

039



EXHIBIT 3

040



EXHIBIT 3

041