# EXHIBIT 33



EXHIBIT 33

190



**EXHIBIT 33**

191



EXHIBIT 33

192



**EXHIBIT 33**    193



EXHIBIT 33   194