UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
MICHAEL RAPAPORT AND MICHAEL  :
DAVID PRODUCTIONS, INC.,      :   Index No. 1:18-cv-08783
                              :
         Plaintiffs,          :
                              :   **JOSHUA D. WILSON'S**
     v.                       :   **MOTION TO WITHDRAW AS**
                              :   **COUNSEL FOR PLAINTIFFS**
BARSTOOL SPORTS, INC., ADAM SMITH, :
KEVIN CLANCY, ERIC NATHAN AND :
DAVID PORTNOY                 :
                              :
         Defendants.          :
                              :
                              :
                              :
                              :
---------------------------------X

    Joshua D. Wilson, as counsel of record for Michael Rapaport and Michael David Productions, Inc. ("Plaintiffs"), and hereby files this Motion to Withdraw as Counsel for Plaintiffs. This Motion is supported by the Affidavit of Joshua D. Wilson attached as Exhibit A. As stated in the Affidavit, undersigned counsel has resigned from King & Ballow to join another law firm. Plaintiffs will continue to be represented by Richard S. Busch of King & Ballow. Undersigned counsel has notified Plaintiffs of his withdrawal. Based on the foregoing, neither Plaintiff, nor Defendant will be prejudiced by such withdrawal as Plaintiff will continue to be represented by counsel, Richard S. Busch, Liz Natal and Matthew Sipf of King & Ballow on this matter going forward.

Dated: November 11, 2019           Respectfully submitted,

                                        /s/ Joshua D. Wilson
                                        MANIER & HEROD, P.C.
                                        1201 Demonbreun St.
                                        Ste. 900

Nashville, TN 37203
Telephone: (615) 742-9313
Facsimile: (615) 242-4203
jwilson@manierherod.com

Richard S. Busch
KING & BALLOW
315 Union Street, Suite 1100
Nashville, Tennessee 37201
Telephone:  (615) 726-5422
Facsimile: (615) 726-5417
rbusch@kingballow.com
*Attorney for Plaintiff*