UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

MICHAEL RAPAPORT and MICHAEL    :
DAVID PRODUCTIONS, INC.,

               :

           Plaintiffs,          Case No. 1:18-CV-08783

               :

    -against-

               :     **STIPULATION AND** ~~PROPOSED~~
BARSTOOL SPORTS, INC., ADAM SMITH,       **ORDER EXTENDING CASE**
KEVIN CLANCY, ERIC NATHAN and        **DEADLINES AND SETTING FOUR-**
DAVID PORTNOY,               :     **PART BRIEFING SCHEDULE**

            Defendants.     :

               :

\- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
\- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

BARSTOOL SPORTS, INC.,         :

          Counterclaimant,      :

    -against-

               :

MICHAEL RAPAPORT and MICHAEL    :
DAVID PRODUCTIONS, INC,

          Cross-Defendants.    :

               :

\- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## STIPULATION AND PROPOSED ORDER EXTENDING CASE DEADLINES AND

## SETTING FOUR-PART BRIEFING SCHEDULE

WHEREAS, in response to the parties' respective pre-motion letters regarding their summary judgment motions dated November 12, 2019, and their responses to those letters dated November 15, 2019, the Court issued an order on November 18, 2019 for the parties to "confer on a four-part briefing schedule agreeable to both sides, in which no more than seventy-five (75) days elapse from the filing of plaintiffs' motion on January 21, 2019, to the filing of defendant's reply";

WHEREAS, the parties previously agreed and stipulated to, and the Court ordered, the following deadlines:

- o Deadline to Complete Expert Discovery: 1/17/20

- o Deadline to File Dispositive Motions: 1/31/20 (pursuant to Rule 56(b));

WHEREAS, the Court's clerk clarified on a November 21, 2019 call with the parties that the "January 21, 2019" date in the November 18, 2019 order should be treated as January 31, 2020;

WHEREAS, due to the number of expert witnesses designated by the parties, and the number of anticipated rebuttal expert witnesses, the parties require more time to complete expert discovery and file dispositive motions;

WHEREAS, the parties have conferred on a four-part briefing schedule agreeable to both sides and consistent with the 75-day time frame set forth in the Court's November 18, 2019 order;

THE PARTIES AGREE AND STIPULATE that the above-referenced deadlines be extended as follows:

- o Deadline to Complete Expert Discovery: 1/27/20

- o Deadline to File Dispositive Motions: 2/21/2020 for Plaintiffs (pursuant to Rule 56(b)); 3/23/2020 for Defendants (pursuant to Rule 56(b))

-2-

THE PARTIES FURTHER AGREE AND STIPULATE to the following four-part briefing

schedule within the 75-day time frame specified by the Court in its November 18, 2019 order:

- o Deadline for Plaintiffs to File: ~~2/21~~ 3/2/2020  *NRB*

    - Rule 56 Motion

- o Deadline for Defendants to File: ~~3/23~~ 4/1/2020  *NRB*

    - Opposition to Plaintiffs' Rule 56 Motion

    - Rule 56 Motion  *NRB*

- o Deadline for Plaintiffs to File: ~~4/22~~ 5/14/2020

    - Opposition to Defendants' Rule 56 Motion

    - Reply to Defendants' Opposition to Rule 56 Motion

- o Deadline for Defendants to File: ~~5/6~~ 5/18/2020  *NRB*

    - Reply to Plaintiffs' Opposition to Rule 56 Motion

-3-

**GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP**

/s/ Aaron J. Moss
Aaron J. Moss (AMoss@ggfirm.com)
Steven A. Stein (SStein@ggfirm.com)
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067
Phone: (310) 553-3610
Fax: (310) 553-0687

*Attorneys for Defendants*

**KING & BALLOW**

/s/ Richard S. Busch
Richard S. Busch (Bar No. 3985884)
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Phone: (424) 253-1255
Fax:    (888) 688-0482

*Attorneys for Plaintiffs*

**SO ORDERED:** *as modified*

United States District Judge

Dated: December 2, 2019

-4-