```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
MICHAEL RAPAPORT and MICHAEL DAVID
PRODUCTIONS, INC.,

                Plaintiffs,
                                                    O R D E R
        - against -
                                                18 Civ. 8783 (NRB)
BARSTOOL SPORTS, INC., ADAM SMITH,
KEVIN CLANCY, ERIC NATHAN, and DAVID
PORTNOY,

                Defendants.
---------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court has reviewed the parties' letters of February 19 and February 25, 2020. Based on that review, it is clear that both parties are willing to proceed without disclosing the identity and place of employment of the Protected Witness and without relying on any of the Protected Witness' deposition testimony. Accordingly, counsel shall remain bound by the Attorneys' Eyes Only stipulation and the parties are prohibited from using the Protected Witness' deposition testimony in any way. All references to the Protected Witness or his deposition testimony shall be removed from all expert reports, and, to the extent that any experts have learned any information about the Protected Witness, counsel shall inform those experts that they are barred

1

from disclosing that information to anyone.

Dated:   New York, New York
         February 26, 2020

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE