UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
MICHAEL RAPAPORT and MICHAEL DAVID PRODUCTIONS, INC.,

    Plaintiffs,

  -against-

BARSTOOL SPORTS, INC., ADAM SMITH, KEVIN CLANCY, ERIC NATHAN and DAVID PORTNOY,

    Defendants.

------------------------------------- X
------------------------------------- X
BARSTOOL SPORTS, INC.,

    Counterclaimant,

  -against-

MICHAEL RAPAPORT and MICHAEL DAVID PRODUCTIONS, INC,

    Cross-Defendants.

------------------------------------- X

Case No. 1:18-CV-08783

**PLAINTIFFS' MOTION TO FILE DOCUMENT UNDER SEAL**

## MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

PLEASE TAKE NOTICE that upon the accompanying Memorandum in Support of Plaintiffs' Motion to File Document Under Seal, Plaintiffs Michael Rapaport and Michael David Productions, Inc. ("Plaintiffs") respectfully move this Court to file Plaintiffs' Exhibit A under seal.

1

Dated: February 27, 2020	Respectfully submitted,

/s/ Richard S. Busch
Richard S. Busch
KING & BALLOW
315 Union Street, Suite 1100
Nashville, Tennessee 37201
Telephone:  (615) 726-5422
Facsimile: (615) 726-5417
rbusch@kingballow.com
*Attorney for Plaintiff*
