UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
MICHAEL RAPAPORT and MICHAEL :
DAVID PRODUCTIONS, INC.,
:
      Plaintiffs,
:
  -against-                                Case No. 1:18-CV-08783

BARSTOOL SPORTS, INC., ADAM SMITH, :
KEVIN CLANCY, ERIC NATHAN and      **DECLARATION OF JORDAN WINTER**
DAVID PORTNOY, :

      Defendants. :

---------------------------------------- X
---------------------------------------- X
BARSTOOL SPORTS, INC., :

      Counterclaimant, :

  -against- :

MICHAEL RAPAPORT and MICHAEL :
DAVID PRODUCTIONS, INC,

      Cross-Defendants. :

---------------------------------------- X

## DECLARATION OF JORDAN WINTER

Pursuant to 28 U.S.C. § 1746, I, Jordan Winter, hereby declare as follows:

1. I declare under penalty of perjury that the foregoing is true and correct.

2. The document bates stamped RAP023936-RAP023966, attached as Exhibit A to Plaintiffs' Memorandum in Support of Motion to File Document Under Seal, is a true and correct copy of the agreement between Plaintiff Michael David Productions, Inc. and Luminary Media LLC.

3.  I have personal knowledge as to the authenticity of this document as I was the person who negotiated the agreement on Michael Rapaport's behalf.

Dated: February 27, 2020

_____
Jordan Winter