UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

MICHAEL RAPAPORT and MICHAEL          :
DAVID PRODUCTIONS, INC.,

                                      :

        Plaintiffs,                         Case No. 1:18-CV-08783

                                      :

  -against-

BARSTOOL SPORTS, INC., ADAM SMITH,    :    **STIPULATION AND PROPOSED**
KEVIN CLANCY, ERIC NATHAN and              **ORDER AMENDING FOUR-PART**
DAVID PORTNOY,                        :    **BRIEFING SCHEDULE**

        Defendants.                         :

                                      :
------------------------------------- X
------------------------------------- X

BARSTOOL SPORTS, INC.,                :

        Counterclaimant,                    :

  -against-                             :

MICHAEL RAPAPORT and MICHAEL          :
DAVID PRODUCTIONS, INC,

        Cross-Defendants.                   :

                                      :

                                      :
------------------------------------- X

## STIPULATION AND PROPOSED ORDER AMENDING FOUR-PART BRIEFING

### SCHEDULE

WHEREAS, on December 3, 2019, this Court ordered the following four-part briefing schedule:

- o Deadline for Plaintiffs to File: 3/02/2020

    - Rule 56 Motion

- o Deadline for Defendants to File: 4/01/2020

    - Opposition to Plaintiffs' Rule 56 Motion

    - Rule 56 Motion

- o Deadline for Plaintiffs to File: 5/04/2020

    - Opposition to Defendants' Rule 56 Motion

    - Reply to Defendants' Opposition to Rule 56 Motion

- o Deadline for Defendants to File: 5/18/2020

    - Reply to Plaintiffs' Opposition to Rule 56 Motion

WHEREAS, this Court ordered on March 3, 2020 that Plaintiffs promptly refile their Motion for Summary Judgment in conformity with Local Civil Rule 11.1 and the Court's Individual Practices.

WHEREAS, Plaintiffs have communicated to both the Court's clerk and Defendants that they experienced significant issues with the filing and proper submission of their Motion for Summary Judgment and related documents arising from inclement weather in Nashville.

THE PARTIES AGREE AND STIPULATE that the above-referenced deadlines be amended so that the parties each have an additional four (4) court days to file their briefs and related documents as follows:

- o Deadline for Plaintiffs to File: 3/06/2020

  - Rule 56 Motion

- o Deadline for Defendants to File: 4/07/2020

  - Opposition to Plaintiffs' Rule 56 Motion

  - Rule 56 Motion

- o Deadline for Plaintiffs to File: 5/8/2020

  - Opposition to Defendants' Rule 56 Motion

  - Reply to Defendants' Opposition to Rule 56 Motion

- o Deadline for Defendants to File: 5/22/2020

  - Reply to Plaintiffs' Opposition to Rule 56 Motion

**GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP**

*/s/ Aaron J. Moss*

Aaron J. Moss (AMoss@ggfirm.com)
Steven A. Stein (SStein@ggfirm.com)
2049 Century Park East, Suite 2600
Los Angeles, CA 90067
Phone: (310) 553-3610
Fax: (310) 553-0687

*Attorneys for Defendants*

**KING & BALLOW**

*/s/ Richard S. Busch*

Richard S. Busch (Bar No. 3985884)
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Phone: (424) 253-1255
Fax:    (888) 688-0482

*Attorneys for Plaintiffs*


**SO ORDERED**:

United States District Judge

Dated: *March 4, 2020*

-4-