# Attachment 2









**Judge Mathis Video of Alleged Spit Attack on Valet**

**Hot Girls Summer -- Guess Who!**

**Armed Robbery Video Shows Defiant Bar Customer Smoking and Using Phone**

**Kristina Schulman vs. Kara Del Toro ... Who'd You Rather?! (Hay Girl Edition)**

**DeMarcus Cousins' ACL Surgery Is Hurdle with Arrest Warrant**

Barstool Sports President Cuffed & Booted from Super Bowl LIII

## BARSTOOL'S PREZ DAVE PORTNOY
# CUFFED & BOOTED AT SUPER BOWL LIII
### ... Breaks The 'Ban'

4.1K        94        2/3/2019 6:16 PM PT

TMZ



The NFL tried telling Barstool Sports to stay away, but the company's president insisted on attending Super Bowl LIII ... and just got his ass thrown out in handcuffs.

**Dave Portnoy** was hauled away by security Sunday during Maroon 5's halftime show as he watched from the stand -- and by hauled, we mean his entire body was literally lifted up and carried out by a swarm of guards. He was trying to go incognito with a stache and shades.





RAP022469

Dave was brought inside and appeared to be getting questioned by security personnel before armed police officers cuffed him and escorted him outside. It's unclear if he was ultimately arrested or not, but Dave and co. definitely knew they weren't allowed in.

Posted by **Stu Burguiere**
180,056 Views

If you'll recall ... Dave and fellow Barstool employee **PFT Commenter** **got tossed** from the Super Bowl Opening Day Event last week after officials discovered they were carrying fake



RAP022470

Dave told us he was told he couldn't attend SB LIII, even though he had a ticket. Looks like he went against the grain and paid the price ... again.

SHARE TWEET

### SEE ALSO



**Barstool's PFT Commenter Says Sean Payton's Boosting Goodell Clown Shirt Sales**



**Barstool Sports Countersues Michael Rapaport for $400k, Defends Herpes Remarks**

DAVE PORTNOY | YOU MIGHT WANT TO RETHINK | CELEBRITY JUSTICE ™ | TMZ SPORTS

SUPER BOWL | NFL

# 94 COMMENTS

## CLICK TO VIEW

### HOT VIDEO

### MORE FROM



RAP022471



### LAUNCH INSPIRE CHANGE APPAREL ...
Meek & Meghan Playing Kickoff Concert

8/30/2019 8:43 AM PT



### SIMONE BILES
### BROTHER CHARGED IN TRIPLE MURDER
911 : 'They're All Dead'

8/30/2019 6:39 AM PT



### JUDGE MATHIS
### VALET RAGE CAUGHT ON VIDEO ...
You Decide If The Judge Spat

8/30/2019 1:00 AM PT



### ARMED ROBBERY VIDEO
### DEFIANT BAR DRINKER UNFAZED, LIGHTS CIG
... Not Today, Satan!!!

8/30/2019 7:48 AM PT

EXCLUSIVE

### DEMARCUS COUSINS
### ACL SURGERY IS HURDLE WITH ARREST WARRANT





### EX-UCLA LB BRELAND BRANDT
### ARRESTED FOR DOMESTIC VIOLENCE
### ... Allegedly Pushed GF

8/30/2019 12:45 AM PT



### NICHOLAS SPARKS
### Trying To Evict Ex In-Law
### ... YOU'VE MOOCHED LONG ENOUGH!!!

8/30/2019 12:40 AM PT



### CHARLES OAKLEY
### IT'S EMBARRASSING DWIGHT GOT SIGNED
### ... Before Melo

8/30/2019 12:35 AM PT



### KURT WARNER
### Calls Out NFL GMs ...
### 'GIVE CARLI LLOYD A SHOT!!!'

8/30/2019 12:30 AM PT

EXCLUSIVE





# I WANT WWE FIGHT W/ 'WIMP' MOJO RAWLEY
## ... I'll Whoop His Ass!!!

8/30/2019 12:25 AM PT



# DEBBIE ALLEN
## ACCEPTS LARA SPENCER'S MEA CULPA ...
### Ballet Is Cool For Boys And Girls

8/30/2019 12:20 AM PT



# JON LESTER
## CARRASCO KICKED CANCER'S ASS
### ... 'I'm Glad He's Back!!!'

8/30/2019 12:15 AM PT



# GUESS WHO THIS
## BLONDE BEAUTY TURNED INTO!

8/30/2019 12:01 AM PT



# LOUIE ANDERSON
## I Just Shot 'Coming To America 2' ...
### IT'S GONNA MAKE BILLION$!!!

8/29/2019 3:37 PM PT





### ANDY RICHTER
# DIVORCE OFFICIAL

8/29/2019 5:34 PM PT



### NFL'S DE'ANTHONY THOMAS
# CUT DEAL TO CLOSE WEED CASE
### ... Before Chiefs Signing

8/29/2019 3:56 PM PT



### R. KELLY
# PLEASE JUDGE, LET ME OUT OF SOLITARY

8/29/2019 3:01 PM PT



### NIPSEY HUSSLE
# DAUGHTER DOING WELL IN COUNSELING
### ... Custody Trial Date Set

8/29/2019 3:04 PM PT

EXCLUSIVE

### JWOWW
# 'JERSEY SHORE' STAR DIVORCE OFFICIAL

8/29/2019 2:09 PM PT



RAP022475



**BREAKING NEWS**

**LONZO BALL**

## LOAD MORE STORIES

**ABOUT TMZ**

About TMZ.com

Privacy Policy

Terms of Use

AdChoices

**CONTACT TMZ**

Contact Us

Send a Hot Tip

Careers

Advertising Inquiries

Media Inquiries

**SUBSCRIBE**

Email Address

**FOLLOW**

©2019 EHM PRODUCTIONS,INC. ALL RIGHTS RESERVED

RAP022476