# Attachment 14

Case 1:18-cv-08783-NRB Document 111-14 Filed 03/06/20 Page 2 of 10

 CHICKS

BLOGS   VIDS   PODS   PICS   BLOGGERS   SHOWS   TOPICS   GOLD   STORE   +

TRENDING TOPICS   Stool Scenes   Gentlemen's Friday   Kicks In The Office   Barstool Outdoors: Episode 7   Clem & Large

# Michael Rapaport Just Made Me And Johnny Football Best Friends #ComebackSZN

 Nate
2/19/2018 8:35 AM

84

RAP022973

**Dave Portnoy**
@stoolpresidente

Finally some Rapaport gear people will buy.
store.barstoolsports.com/products/rp-cl…



15.5K   3:09 PM - Feb 18, 2018

1,938 people are talking about this

**Johnny Manziel**
@JManziel2

Replying to @stoolpresidente

VIVA





7,873   3:39 PM - Feb 18, 2018

386 people are talking about this

 

RAP022975



What a day, fellas! What. A. Day! Who woulda thought a herpe having, race baiting, D-list actor who I still haven't forgiven for shooting that bird on Friends would bring so many people together? Down is up, the sky is green, dogs and cats are living together, I feel like I could just float away! Me and my former enemy Johnny have reconciled, I've texted amicably with Smitty without him calling me a necrophiliac and without me calling him the dumbest person I've ever met. Shit, I think Deadspin might give us a compliment any day now!

It's a brave new world out there, my friends. An entire company's destain for one person has us all sitting around the campfire singing Kumbaya. I mean, this certainly won't last, we all know that. But what a joyful day and weekend it's been!

Case 1:18-cv-08783-NRB Document 111-14 Filed 03/06/20 Page 6 of 10



#ComebackSZN, indeed.

**#COMEBACKSZN**     **+ 4 TAGS**



Nate
2/19/2018 8:35 AM

                                                                                         84

**YOU MAY ALSO LIKE**                                                      Recommended by

RAP022977



### Top Surgeon: How To Properly Flush Out Your Bowels
Gundry MD | Sponsored



### [Pics] Firemen Rescue Puppies - Then They See That They Aren't Puppies At All
Interesticle | Sponsored



### Why Pets Are Good for Your Heart
Healthgrades | Sponsored



### The Unusual Link Between Eggs And Diabetes (Watch)
diabetes-relief.club | Sponsored



### Jerry Jones Is A-Ok With Zeke Sitting Out As Long As He's Back For The
Barstool Sports Blogs

# COMMENTS

SORT BY: TOP ⌄

**Thebombsquad**     2 years ago

Post Dave's firing Rapaport texts !!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!


847


**Knent**     2 years ago

FUCK RAPAPORT


647

RAP022978

View all comments (66)

## YOU MIGHT ALSO LIKE



### We Absolutely Rocked Orlando While Kicking Off the College Football Season With Bud Light
Barstool Sports Vids



### Phil Mickelson Can't Stop Won't Stop Showing Off His Rockin Bod
Barstool Sports Blogs



### Soccer Player Celebrates Goal By Climbing Into The Stands To Smooch
Barstool Sports Blogs

### Tank's Vlog August 30, 2019
Barstool Sports Blogs

### In A Groundbreaking Revelation, Kim Kardashian Reveals She
Barstool Sports Blogs

RAP022979

Case 1:18-cv-08783-NRB   Document 111-14   Filed 03/06/20   Page 9 of 10



### [Pics] Firemen Rescue Trapped Newborn Puppies But Then See They're Not Dogs
DailySportX | Sponsored



### 3 Signs Your Aging Cat Could Be Hiding An Illness
Dr. Marty | Sponsored



### Type in your name and wait 8 seconds. It's crazy what this site reveals
r1.zemanta.com | Sponsored



### 14 Behind the Scenes Stories From the Set of 'Deliverance'
Ranker | Sponsored



### If Steve Jobs Died In 2011 Then Why Is He Currently Hanging Out In
Barstool Sports Blogs



App
Advertising Inquiries
Best Portable JUUL Charger
Terms Of Use
Privacy Policy
Content Policy
Barstool Bets
Subscription Terms

RAP022980

Case 1:18-cv-08783-NRB Document 111-14 Filed 05/06/20 Page 10 of 10

© 2019 Barstool Sports. All rights reserved.

RAP022981