# Attachment 32

9/12/2019 Things Are About To Get Even Funnier At Barstool Sports... Michael Rapaport Joins Barstool Sports As Newest Personality

Case 1:18-cv-08783-NRB   Document 111-32   Filed 03/06/20   Page 2 of 4

# Things Are About To Get Even Funnier At Barstool Sports... Michael Rapaport Joins Barstool Sports As Newest Personality



NEWS PROVIDED BY
**Barstool Sports** →
Jun 19, 2017, 11:54 ET

NEW YORK, June 19, 2017 /PRNewswire/ -- Starting today, beloved comedian, actor, podcast host and rabid New York Knicks fan, Michael Rapaport, is officially joining Barstool Sports, the driving force in men's culture and comedy and fastest growing brand in social media for men ages 18-34. Rapaport will move his podcast "I AM RAPAPORT", along with his infamous rants and unfiltered opinions, to the Barstool Sports platform. As a longtime sports fan, Rapaport will create new original content for the Barstool platform, be the sideline reporter for The Big 3 Basketball League every Monday this Summer on FS1 and the GM of The Stickmen for The Basketball Tournament.

"Michael Rapaport is a huge get. He is one of the funniest people in the world," said Dave Portnoy, founder of Barstool Sports. "We couldn't have hand picked a better fit for Barstool. We want to be a place for established and aspiring comedians who fit our brand and voice. Michael is a great example."

RAP023711

Rapaport has appeared in forty movies in the past thirty years, held recurring roles on top television series and directed "Beats, Rhymes & Life: The Travels of a Tribe Called Quest" and the Emmy Award Winning ESPN 30 For 30 "When The Garden Was Eden." Off screen, Rapaport is just as entertaining, making people laugh with his podcast since 2015, his absurd, dominant, unique social media presence and the unfiltered comments everyone loves.

"I couldn't be happier about taking my talents to Barstool," said Rapaport. "I love the mentality and independence of the company and hope I can add to what they've done a great job of building. Barstool represents where media is going and they are the innovators. Aside from the fact that the joint is infested with Patriot & Red Sox fans, it's a perfect fit for what I'm trying to do."

Barstool Sports and its army of bloggers have developed an enormous, loyal following across its blog, podcasts, video series, events and appearances. Barstool sets itself apart by being for the common man, by the common man. The disruptive and captivating brand, known for its raw and authentic take on most everything, is expanding rapidly to new platforms, and hiring talent like Rapaport to keep up with increasing demand for content. Barstool has a daily radio show on SIRIUS XM, debuted "The Barstool Rundown Live from Houston" live on Comedy Central for the 2017 Super Bowl, creates, produces and hosts ten top-charting podcasts across the Sports, Parenting & Family, Comedy, Society and Government & Organizations categories and offers a wide range of merchandise that they can't keep on the shelves.

For additional information visit www.barstoolsports.com.

**About Barstool Sports**

Barstool Sports the new face and era of comedy and a driving force in sports, entertainment and men's culture. Created in 2004, Barstool has generated a massive cult following of loyal fans across its blog, podcasts, video series, events and appearances. It is the fastest growing brand in social media for men ages 18-34 with a following of 12 million. Barstool and its personalities have launched hit podcasts "Pardon My Take," "Fore Play," "The Rundown," "Zero Blog Thirty" and "Podfathers "as well as viral trends Saturdays Are for the Boys, Fire Goodell, Flacco Elite, Free Oakley and RIP Harambe. The "Barstool Rundown Live from Houston" was the No. 1 show on late night television when it debuted on Comedy Central for Super Bowl LI. Known for its original takes and unfiltered view of most everything, Barstool Sports is the controversial brand that people love or love to hate.

RAP023712

**For Media Inquiries Please Contact:**

ALISON BROD MARKETING + COMMUNICATIONS

Barstool@AlisonBrodMC.com

212-230-1800

SOURCE Barstool Sports

Related Links

http://www.barstoolsports.com

RAP023713