# EXHIBIT 174

1

1           UNITED STATES DISTRICT COURT

2           SOUTHERN DISTRICT OF NEW YORK

3

    MICHAEL RAPAPORT and
4   MICHAEL DAVID PRODUCTIONS,
    INC.,
5
                Plaintiffs,
6       vs.                          Case No.
                                     1:18-CV-08783
7   BARSTOOL SPORTS, INC.,
    ADAM SMITH, KEVIN CLANCY,
8   ERIC NATHAN and DAVID PORTNOY,

9           Defendants.
    _____

10

11

12

13           VIDEOTAPED DEPOSITION OF

14               ERIC W. ROSE

15

16          Friday, January 10, 2020

17          8:44 A.M. TO 3:40 P.M.

18

19          Los Angeles, California

20

21

22

23

24

25

2

1                    UNITED STATES DISTRICT COURT

2                   SOUTHERN DISTRICT OF NEW YORK

3

   MICHAEL RAPAPORT and
4  MICHAEL DAVID PRODUCTIONS,
   INC.,
5
                   Plaintiffs,
6       vs.                              Case No.
                                    1:18-CV-08783
7  BARSTOOL SPORTS, INC.,
   ADAM SMITH, KEVIN CLANCY,
8  ERIC NATHAN and DAVID PORTNOY,

9                  Defendants.
   _____
10

11

12                 VIDEOTAPED DEPOSITION OF

13                      ERIC W. ROSE,

14

15  taken at the offices of Greenberg Glusker Fields

16  Claman & Machtinger LLP, 1900 Avenue of the Stars,

17  21st Floor, Los Angeles, California, on Friday,

18  January 10, 2020 at 8:44 A.M., before Lori Byrd,

19  Registered Professional Reporter, Certified Realtime

20  Reporter, Certified LiveNote Reporter, Realtime

21  Systems Administrator, Kansas Certified Court

22  Reporter 1681, California Certified Shorthand

23  Reporter 13023, and California Certified Realtime

24  Reporter 209.

25

3

1                          APPEARANCES

2

3    For the Plaintiffs Michael Rapaport, and Michael
     David Productions, Inc., and for the witness Eric W.
4    Rose:

5            KING & BALLOW LAW OFFICES
             BY:  RICHARD S. BUSCH, ESQUIRE
6            1999 Avenue of the Stars
             Suite 1100
7            Los Angeles, California  90067
                 Phone 424-253-1255
8                E-mail rbusch@kingballow.com

9

10   For the Defendants Barstool Sports, Inc., Adam
     Smith, Kevin Clancy, Eric Nathan and David Portnoy:
11
             GREENBERG GLUSKER FIELDS CLAMAN &
12               MACHTINGER LLP
             BY:  AARON J. MOSS, ESQUIRE
13           AND: STEVEN A. STEIN, ESQUIRE
             1900 Avenue of the Stars
14           21st Floor
             Los Angeles, California  90067
15               Phone 310-553-3610
                 Fax 310-553-0687
16               E-mail amoss@ggfirm.com
                 E-mail sstein@ggfirm.com
17

18

19

20                    ALSO PRESENT

21        NO ONE

22

23                 LEGAL VIDEOGRAPHER

         RENEE MAYFIELD
24       eLitigation Services

25

**Exhibit 174**                                    **729**

4

1            TABLE OF CONTENTS OF PROCEEDINGS

2

3            MORNING SESSION BEGINS PAGE 9

4          AFTERNOON SESSION BEGINS PAGE 124

5           EVENING SESSION BEGINS PAGE N/A

6

7        -----------------------------------------

8

9

10               INDEX OF EXAMINATIONS

11              OF WITNESS ERIC W. ROSE

12

13   Examination by Mr. Moss                    10

14   Examination by Mr. Busch                  233

15   Re-Examination by Mr. Moss                234

16   Re-Examination by Mr. Busch               235

17   Re-Examination by Mr. Moss                237

18

19        -----------------------------------------

20

21

22

23

24

25

5

1                    CONTINUING TABLE OF CONTENTS

2

3        INSTRUCTION BY COUNSEL NOT TO ANSWER

4                         None

5        ----------------------------------------

6              MOTIONS TO STRIKE ANSWER

7                         None

8        ----------------------------------------

9              REQUEST FOR INFORMATION

10                      Page 51

11                Page 54 (during Q&A)

12       ----------------------------------------

13                   STIPULATIONS

14                        None

15       ----------------------------------------

16        ERRATA FORM FOR WITNESS SIGNATURE

17               Pages 238 and 240

18       ----------------------------------------

19           COURT REPORTER CERTIFICATE

20                     Page 239

21       ----------------------------------------

22

23

24

25

6

```
1              INDEX OF DEPOSITION EXHIBITS

2                  DESCRIPTION              MARKED

3    Exhibit 500    Curriculum Vitae of Eric      13
                    W. Rose, Court Qualified
4                   Expert Witness
                    (Paginated 95 - 113, 19 pages
5                   total)

6    Exhibit 501    Expert Witness Report of Eric   59
                    Rose, 11/11/2019, Rapaport,
7                   et al. -v- Barstool Sports,
                    et al.
8                   (113  pages total)

9    Exhibit 502    Expert Witness Report of Eric   59
                    Rose, 11/08/2019 (Amended
10                  01/06/2020), Rapaport, et al.
                    -v- Barstool Sports, et al.
11                  (118 pages total)

12   Exhibit 503    Excerpt of transcript of      130
                    Videotaped Deposition of David
13                  Portnoy taken 09/12/2019;
                    pages 1-4, and 273 - 280, and
14                  301-304, 4-to-page condensed
                    transcript format
15                  (4 pages total)

16   Exhibit 504    Printout of Google Trends,    150
                    search term: michael rapaport
17                  (3 pages total)

18   Exhibit 505    Printout of Google Trends,    155
                    search term: michael rapaport
19                  laura ingraham
                    (1 page total)
20
     Exhibit 506    Printout of Google Trends,    167
21                  search term: michael rapaport
                    + search term michael rapaport
22                  barstool
                    (1 page total)
23

24

25
```

7

1          CONTINUING INDEX OF DEPOSITION EXHIBITS

2                    DESCRIPTION                    MARKED

3     Exhibit 507      Printout of Google Search, for   173
                       michael rapaport, page 1,
4                      01/09/2020
                       (3 pages total)
5
      Exhibit 508      Printout of Google Search, for   175
6                      michael rapaport, page 2,
                       01/09/2020
7                      (2 pages total)

8     Exhibit 509      Printout of Google Search, for   175
                       michael rapaport, page 3,
9                      01/09/2020
                       (2 pages total)
10
      Exhibit 510      Printout of Google Search, for   176
11                     michael rapaport, page 4,
                       01/09/2020
12                     (2 pages total)

13    Exhibit 511      Printout of Google Search, for   176
                       michael rapaport, page 5,
14                     01/09/2020
                       (2 pages total)
15
      Exhibit 512      Printout of Google Search, for   178
16                     michael rapaport, page 6,
                       01/09/2020
17                     (2 pages total)

18    Exhibit 513      Printout of Google Search, for   178
                       michael rapaport, page 7,
19                     01/09/2020
                       (2 pages total)
20
      Exhibit 514      Printout of Google Search, for   179
21                     michael rapaport, page 8,
                       01/09/2020
22                     (2 pages total)

23

24

25

8

```
 1          CONTINUING INDEX OF DEPOSITION EXHIBITS

 2                    DESCRIPTION                  MARKED

 3    Exhibit 515    Printout of Google Search, for   179
                     michael rapaport, page 9,
 4                   01/09/2020
                     (2 pages total)
 5
      Exhibit 516    Printout of Google Search, for   180
 6                   michael rapaport, page 10,
                     01/09/2020
 7                   (2 pages total)

 8

 9

10

11            ORIGINAL EXHIBITS ATTACHED

12             TO ORIGINAL TRANSCRIPTS

13

14            EXHIBIT COPIES ATTACHED

15      TO ELECTRONIC TRANSCRIPT IN PDF FORMAT

16

17

18    ----------------------------------------

19

20

21            PREVIOUSLY MARKED EXHIBITS

22          REFERRED TO IN THIS TRANSCRIPT

23                      None

24

25
```

1    controversy.

2              Do you recall that?

3        A.   I do.

4        Q.   Okay.

5                   (DEPOSITION EXHIBIT 507 MARKED

6                    FOR IDENTIFICATION)

7              MR. MOSS:  So we'll represent that

8    Exhibit 507 is page 1 of the Google search results

9    for the term "Michael Rapaport" -- yeah, done with

10   an incognito browser as searched today -- or I'm

11   sorry, yesterday, January 9th.

12   BY MR. MOSS:

13       Q.   Do you see the date on the upper left?

14       A.   I do, yep.

15       Q.   Now, would you agree that the first page

16   of Google search results are the most important?

17             MR. BUSCH:  Just note my objection, and

18   note my objection to this document.  I've not seen

19   it before, and don't know, other than representation

20   of counsel, what it is.

21       A.   Generally speaking, the first page of

22   Google results are important.  But I don't know that

23   this is representative of the full page.  And also,

24   it doesn't show the data that is out there.

25             And just because it's on the first page

174

1    doesn't mean that as people dig in to any one of

2    these links that bring you to other things, that

3    you're not going to find the damage that was done.

4            So I -- if this is going to be the basis

5    for an argument that you would make, I'd like to do

6    my -- I would do my own analysis to show you that my

7    opinion about the impact of what Barstool did is

8    significant.

9            So this is ...

10   BY MR. MOSS:

11       Q.   If people are scanning the search results

12   that appear on the first page of Google, they aren't

13   going to see anything about Michael Rapaport and

14   Barstool.  Correct?

15       A.   Well, I don't -- I don't know that to be

16   true.  Because when I did the searches when I was

17   doing my report in October, they were appearing on

18   page 1.

19            And -- but more importantly, it doesn't

20   reflect the entire damage to Michael's reputation by

21   the known and unknown, the fact that there is

22   negative Apple reviews, didn't -- so I'm --

23       Q.   I'm not talking about the negative Apple

24   reviews.  I'm specifically talking about the comment

25   that you made this morning, when you said:

175

```
 1                    "When you search for Michael

 2                    Rapaport, it's very difficult now

 3                    not to find stories that mention

 4                    the Barstool controversy."

 5         A.    That's correct.

 6              MR. MOSS:  Okay.  Let me show you what

 7    we'll mark as Exhibit 508.

 8                    (DEPOSITION EXHIBIT 508 MARKED

 9                    FOR IDENTIFICATION)

10              MR. MOSS:  Okay.  And this is the same

11    search, but a printout of the page 2 results.

12              THE WITNESS:  Okay.

13    BY MR. MOSS:

14         Q.    And there's nothing on page 2 of the

15    search results that references the Barstool

16    controversy.  Correct?

17         A.    From the printout you showed me, that's

18    correct.

19              MR. MOSS:  Okay.  509.

20                    (DEPOSITION EXHIBIT 509 MARKED

21                    FOR IDENTIFICATION)

22              MR. MOSS:  509 is the same search for

23    Michael Rapaport, but a printout of the Google

24    page 3 results.

25    BY MR. MOSS:
```

176

1       Q.   There's nothing on page 3 of the search

2   results that references the Barstool controversy.

3   Correct?

4       A.   That's correct.

5               (DEPOSITION EXHIBIT 510 MARKED

6               FOR IDENTIFICATION)

7           MR. MOSS:   Exhibit 510 is the same Google

8   search result for Michael Rapaport, but a printout

9   of the Google page 4 search results.

10  BY MR. MOSS:

11      Q.   Do you see that?

12      A.   Yes.

13      Q.   Okay.  And there's nothing on page 4 of

14  the page 4 search results that references the

15  Barstool controversy.  Correct?

16      A.   That's correct.

17               (DEPOSITION EXHIBIT 511 MARKED

18               FOR IDENTIFICATION)

19           THE WITNESS:   I would note here that you

20  searched in Google and a lot of people also search

21  in Google News.  I don't see that this is a Google

22  News search result.

23               I would just offer that if this is

24  going to be, like your testimony, or your position,

25  that I would do my own report specifically on Google

177

1    searches.

2    BY MR. MOSS:

3         Q.   And how would you do the search

4    differently than I've done it?

5         A.   Well, I would -- first of all, I'd be

6    looking at Google News, where a lot of people look

7    to see about him.

8              But, you know, I'd have to do my own

9    analysis.  When I searched, I found him on page 1,

10   so --

11        Q.   Did you -- at the time that you were doing

12   that search, that was after you had been retained?

13        A.   Yes.

14        Q.   And that was after you conducted your

15   research where you looked into all the comments and

16   stories about the controversy?

17        A.   Right.  And so what I would say, because I

18   believe I know where you're going to go, is that

19   that would influence my browser, my browser history

20   to pull up stories.

21             What I would say is if we were to do a

22   true analysis, we would have an independent company

23   review, like a Five Blocks, which I use for other

24   clients, go in and do an analysis of Google results.

25        Q.   Okay.  So you have not run -- you have not

178

1     done a Google search for Michael Rapaport on a,

2     quote/unquote, clean browser that had not already

3     been used to do your research in this case.

4     Correct?

5          A.   That's correct.

6               MR. MOSS:  What are we on?

7               THE REPORTER:  512.

8                    (DEPOSITION EXHIBIT 512 MARKED

9                    FOR IDENTIFICATION)

10              MR. MOSS:  Okay.  Exhibit 512 is the same

11    Google search result for Michael Rapaport, but a

12    printout of the Google page 6 results.

13    BY MR. MOSS:

14         Q.   Do you see that?

15         A.   I do.

16         Q.   And there's nothing on page 6 of that

17    exhibit, those search results that references the

18    Barstool controversy.  Correct?

19         A.   That's correct.

20                   (DEPOSITION EXHIBIT 513 MARKED

21                   FOR IDENTIFICATION)

22              MR. MOSS:  Okay.  513 is the search

23    results for Michael Rapaport, a printout of page 7.

24    BY MR. MOSS:

25         Q.   Do you see that?

179

1          A.   I do.

2          Q.   Okay.  And there's nothing on page 7 of

3    the search results that references the Barstool

4    controversy.  Correct?

5          A.   That's correct.

6                    (DEPOSITION EXHIBIT 514 MARKED

7                    FOR IDENTIFICATION)

8               MR. MOSS:  Okay.  514 is the Google search

9    result for Michael Rapaport, page 8.

10   BY MR. MOSS:

11         Q.   Do you see that?

12         A.   I do.

13         Q.   And there's nothing on page 8 that

14   references the Barstool controversy.  Correct?

15         A.   That's correct.

16                    (DEPOSITION EXHIBIT 515 MARKED

17                    FOR IDENTIFICATION)

18   BY MR. MOSS:

19         Q.   Okay.  515 is page 9 of the Google search

20   results for Michael Rapaport.

21              Do you see that?

22         A.   Yep.

23         Q.   And there's nothing on page 9 that

24   references the Barstool controversy.  Correct?

25         A.   Correct.

180

```
1              MR. MOSS:  And finally...
2                 (DEPOSITION EXHIBIT 516 MARKED
3                  FOR IDENTIFICATION)
4              MR. MOSS:  516 is page 10 of the Google
5    search results for Michael Rapaport.
6    BY MR. MOSS:
7         Q.   Do you see that?
8         A.   I do.
9         Q.   And there is nothing on the page 10 search
10   results that references the Barstool controversy.
11   Correct?
12        A.   That's correct.
13        Q.   So I'll just represent that if you were to
14   use an incognito browser to search Michael Rapaport
15   on Google News, you would have to scroll down
16   through at least 100 stories before something comes
17   up on the Barstool controversy.
18             If you were to assume that, does that
19   impact your opinion at all?
20        A.   No.
21        Q.   Why not?
22        A.   Because I think the totality of what
23   occurred has impacted Mr. Rapaport's reputation and
24   image that they have put out there among a base of
25   people, which they kind of share in common, people
```

238

```
1   STATE OF _____ )
                               )
2   COUNTY OF _____ )

3

4

5                DEPONENT'S DECLARATION

6

7         I certify under penalty of perjury that

8   the foregoing is true and correct, with addition of

9   correction page, if any corrections are made.

10

11

12

13  Executed at [city>>>]_____on

14  [date>>>]_____.

15

16

17

18                 _____

19                 ERIC W. ROSE

20                 (Signature of Deponent)

21

22

23

24

25
```

239

1                    COURT REPORTER CERTIFICATE

2

I, Lori Byrd, CSR 13023, do hereby declare:

3

That, prior to being examined, the witness named in
4   the foregoing deposition was by me duly sworn
pursuant to Section 30(f)(1) of the Federal Rules of
5   Civil Procedure and the deposition is a true record
of the testimony given by the witness.

6

That said deposition was taken down by me in
7   shorthand at the time and place therein named and
thereafter reduced to text under my direction.

8

____    That the witness was requested to review
9           the transcript and make any changes to
the transcript as a result of that
10          review pursuant to Section 30(e) of the
Federal Rules of Civil
11          Procedure.

12  ____    No changes have been provided by the
witness during the period allowed.

13

____    The changes made by the witness are
14          appended to the transcript.

15  _x___   No request was made that the transcript
be reviewed pursuant to Section 30(e) of
16          the Federal Rules of Civil Procedure.

17  I further declare that I have no interest in the
event or action.

18

I declare under penalty of perjury under the laws of
19  the United States of America that the foregoing is
true and correct.

20

Signed by me on Wednesday, January 22, 2020.

21

_____
22  Lori Byrd, CA-CSR 13023, CA-CCRR 209

23

24

25

240

```
 1                   CORRECTION LIST

 2   Page/Line    From What Text        To What Text

 3   _____    _____    _____

 4   _____    _____    _____

 5   _____    _____    _____

 6   _____    _____    _____

 7   _____    _____    _____

 8   _____    _____    _____

 9   _____    _____    _____

10   _____    _____    _____

11   _____    _____    _____

12   _____    _____    _____

13   _____    _____    _____

14   _____    _____    _____

15   _____    _____    _____

16   _____    _____    _____

17   _____    _____    _____

18   _____    _____    _____

19   _____    _____    _____

20   _____    _____    _____

21   _____    _____    _____

22   _____    _____    _____

23   _____    _____    _____

24   _____    _____    _____

25
```

[1/10/2020] Rose, Eric W. (Vol. 01) - 01-10-2020 - FINAL

**Exhibit 174**                    **745**