**EXHIBIT 175**

1

1              UNITED STATES DISTRICT COURT

2          FOR THE SOUTHERN DISTRICT OF NEW YORK

3

4    MICHAEL RAPAPORT AND MICHAEL )
     DAVID PRODUCTIONS, INC.,      )
5                                  )
                  Plaintiffs,      )
6                                  )   CASE NO.
             VS.                   )   1:18-CV-08783
7                                  )
     BARSTOOL SPORTS, INC., ADAM   )
8    SMITH, KEVIN CLANCY, ERIC     )
     NATHAN, AND DAVID PORTNOY,    )
9                                  )
                  Defendants.      )
10   _____)

11

12

13

14      VIDEOTAPED DEPOSITION OF DANIEL T. DURBIN, PH.D.

15               Los Angeles, California

16              Monday, January 20, 2020

17               9:14 a.m. to 6:21 p.m.

18

19

20

21

22

23

24   Reported by:   NIKKI ROY

25               CSR No. 3052

Exhibit 175                                               746
[1/20/2020] Durbin, Daniel T. (Vol. 01) - 01-20-2020 - FINAL

2

1    Videotaped deposition of DANIEL T. DURBIN,
2    PH.D., taken on behalf of the Defendant, at 1900
3    Avenue of the Stars, Los Angeles, California, on
4    Monday, January 20, 2020 at 9:14 a.m., before NIKKI
5    ROY, CSR No. 3052.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Exhibit 175**                                                          **747**
[1/20/2020] Durbin, Daniel T. (Vol. 01) - 01-20-2020 - FINAL

3

1  APPEARANCES OF COUNSEL:

2

3  FOR PLAINTIFFS:

4       GREENBERG GLUSKER FIELDS CLAMAN &
        MACHTINGER LLP
5       AARON MOSS, Attorney at Law
        STEVEN STEIN, Attorney at Law
6       1900 Avenue of the Stars
        21st Floor
7       Los Angeles, California 90067
        310.553.3610
8       amoss@greenbergglusker.com
        sstein@greenbergglusker.com
9

10
    FOR THE DEFENDANTS:
11
        KING & BALLOW
12      BY:  RICHARD BUSCH, Attorney at Law
        315 Union Street
13      Suite 1100
        Nashville, Tennessee 37201
14      615.259.3456
        rbusch@kingballow.com
15

16
    ALSO PRESENT:
17
        MICHELLE BARTFAY, videographer
18

19

20

21

22

23

24

25

Exhibit 175    748
[1/20/2020] Durbin, Daniel T. (Vol. 01) - 01-20-2020 - FINAL

4

I N D E X

| WITNESS | EXAMINATION | PAGE |
|---|---|---|
| DANIEL T. DURBIN, PH.D. | | |
| | MR. MOSS | 7, 108 |

E X H I B I T S

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 575 | Daniel Durbin, Curriculum Vitae | 11 |
| Exhibit 576 | Expert Witness Report of Daniel Durbin, November 11, 2019 (Amended 1/17/2020) | 158 |
| Exhibit 577 | Expert Witness Report of Daniel Durbin, November 11, 2019 (Amended 1/17/2020) | 158 |
| Exhibit 578 | Printout of tweets | 203 |
| Exhibit 579 | Printout from The Root | 256 |
| Exhibit 580 | Printout from The Root | 260 |
| Exhibit 581 | Rebuttal Expert Witness Report of Daniel Durbin, December 13, 2019 | 299 |

Exhibit 175    749
[1/20/2020] Durbin, Daniel T. (Vol. 01) - 01-20-2020 - FINAL

1      context, because I have no idea.
2      BY MR. MOSS:
3          Q.   Take a look at the top of page 15.
4          A.   Uh-huh.  Okay.
5          Q.   You use the term "insult-oriented sports
6      satire" --
7          A.   Uh-huh.
8          Q.   -- in describing the Barstool brand?
9          A.   Yeah.
10             MR. BUSCH:  Objection; again,
11     mischaracterizes his testimony he just gave you a
12     second ago, and it's been asked and answered; it's
13     out of context.
14     BY MR. MOSS:
15         Q.   Why did you use that term in describing
16     Barstool Sports?
17             MR. BUSCH:  Objection; again, asked and
18     answered.
19             THE WITNESS:  In this case, because --
20     particularly Michael Rapaport's input, I think was
21     meant to the satirical, at least the perspective that
22     he gives on his little video showing that he was --
23     or stating that he was going to Barstool.  And to a
24     degree I think -- Portnoy notes this -- that he was
25     supposed to bring this kind of language there.  That

Exhibit 175                                              750
[1/20/2020] Durbin, Daniel T. (Vol. 01) - 01-20-2020 - FINAL

112

1     was not there to represent the entire Barstool brand
2     as in some way satirical, which I think it's -- you
3     know, no one really would.
4              It is that Michael Rapaport's -- the only
5     word I can think of is "input," and I want a better
6     word -- input, what he was going to bring to the
7     brand was to help amp up some parts of satire.
8     BY MR. MOSS:
9        Q.   Okay.  But in the sentence you said
10    (reading):
11                "Barstool sought him out when
12                Rapaport was already known for the
13                type of insult-oriented sports satire
14                that makes up the Barstool brand."
15                So weren't you saying that in bringing
16    Mr. Rapaport to the table, Mr. Rapaport was known for
17    insult-oriented sports satire, he was coming over to
18    Barstool and Barstool was already known for
19    insult-oriented sports satire?
20              MR. BUSCH:  Objection; argumentative.
21    You're just arguing with him now.  And it's been
22    asked and answered, and it mischaracterizes his
23    testimony.
24              THE WITNESS:  So the, might be ineloquently
25    stated in the sentence, but the meaning of the

**Exhibit 175**                                                751

[1/20/2020] Durbin, Daniel T. (Vol. 01) - 01-20-2020 - FINAL

1  sentence is that some part of what they do is satire.
2  Well, actually, "satire" is probably an ineloquent
3  term as well.  Part of what they do is
4  insult-oriented rhetoric.  And it's part of
5  representing, you know, a kind of way that masculine
6  sports fans are -- supposedly look at sports where
7  they -- where they're able to insult each other as
8  they talk about the sports.
9          So the -- there is use of satire on
10 Barstool.  I haven't denied that, and I would never
11 deny that.  Is it an satirical brand itself?  No.  It
12 is a -- I think David Portnoy put it best:  It's a
13 lifestyle brand that embodies a type of persona for
14 its followers that they embrace.
15         So the -- Michael Rapaport was supposed to
16 bring celebrity, at least that's what they said in
17 their conversations after the firing.  And that
18 celebrity was tied to one thing that they do, which
19 is insult-oriented sports comments, sports
20 discussion.  So the -- is some of that in some way
21 satirical?  Some of it, it is, but that's certainly
22 not the dominant or the fundamental brand for
23 Barstool.
24      BY MR. MOSS:
25         Q.  So you referenced a moment ago Barstool

Exhibit 175                                    752
[1/20/2020] Durbin, Daniel T. (Vol. 01) - 01-20-2020 - FINAL

```
 1            DECLARATION UNDER PENALTY OF PERJURY
 2
 3
 4            I, DANIEL T. DURBIN, PH.D., do hereby
 5    certify:
 6
 7            That I have read the foregoing deposition;
 8            That I have made such changes in form
 9    and/or substance to the within deposition as might be
10    necessary to render the same true and correct, but have
11    limited such changes to actual reporting errors or
12    errors in fact, as opposed to editing the content
13    generally;
14            That having made such changes thereon as
15    were required, I hereby subscribe my name to the
16    completed deposition.
17            I declare under penalty of perjury that
18    the foregoing is true and correct.
19
20            Executed at this _____ day of
21    _____, 2020, at _____,
22    State of California.
23
24                            _____
25                            DANIEL T. DURBIN, PH.D.
```

Exhibit 175                                           753
[1/20/2020] Durbin, Daniel T. (Vol. 01) - 01-20-2020 - FINAL

```
                                                                    305

 1        I, Nikki Roy CSR No. 3052, Certified Shorthand
 2   Reporter, hereby certify that:
 3        I am authorized to administer oaths or affirmations.
 4   (Cal. Code of Civ. P. Sec. 2093 (b) and Fed. R. Civ. P. 28(a)).
 5        The foregoing proceedings were taken before me at the
 6   time and place therein set forth, at which time the witness
 7   was duly sworn by me. (Cal. Code Civ. Proc. 2025.330(a),
 8   2025.540(a) and Fed. R. Civ. P. 30(f)(1)).
 9        The foregoing pages contain a full, true and accurate
10   record of all proceedings and testimony. (Cal. Code Civ.
11   Proc. 2025.540(a) and Fed. R. Civ. P. 30(f)(1)).
12        I am not a relative or employee of the parties,
13   nor financially interested in the action. (Cal. Code Civ.
14   Proc. 2025.320(a)).
15        Before completion of the proceedings, review of the
16   transcript [ ] was [ x ] was not requested. If requested,
17   any changes made by the witness (and provided to the reporter)
18   during the period allowed, are appended hereto.
19   (Fed. R. Civ. P. 30(e)).
20        I declare under penalty of perjury under the laws of
21    California that the foregoing is true and correct.
22        Dated this day of January 31, 2020.
23   _____
24   Nikki Roy
25   C.S.R. No. 3052
```

Exhibit 175                                                   754
[1/20/2020] Durbin, Daniel T. (Vol. 01) - 01-20-2020 - FINAL