# Attachment 1



RAP 01354



RAP 01355