UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

MICHAEL RAPAPORT and MICHAEL DAVID PRODUCTIONS, INC.,

       Plaintiffs,

  -against-

BARSTOOL SPORTS, INC., ADAM SMITH, KEVIN CLANCY, ERIC NATHAN and DAVID PORTNOY,

       Defendants.

------------------------------------- X
------------------------------------- X

BARSTOOL SPORTS, INC.,

       Counterclaimant,

  -against-

MICHAEL RAPAPORT and MICHAEL DAVID PRODUCTIONS, INC,

       Cross-Defendants.

------------------------------------- X

Case No. 1:18-CV-08783

**DECLARATION OF JACOB VEGA**

## DECLARATION OF JACOB VEGA

    I, Jacob Vega declare as follows:

1.    I am an associate in the law firm of King & Ballow and counsel for Plaintiffs, Michael Rapaport and Michael David Productions, Inc. ("Plaintiffs"), in the above-captioned matter. I submit this declaration in support of Plaintiffs' Motion for Reconsideration. The information contained in this Declaration is based upon my personal knowledge. If called as a witness in this action, I could and would testify to the contents of this declaration.

1

2.      I personally have personally recorded or overseen the recording of each of the copies of videos appearing below as attachments.

3.      Submitted separately to the Court as **Attachment 1** is a true and accurate recording of the video titled "Meet the Fact That Will Bring Down Barstool Sports," available at https://www.youtube.com/watch?v=qNfegLiMWtE, Bates numbered as RAP024089.

4.      Submitted separately to the Court as **Attachment 2** is a true and accurate recording of the video titled "'Who Muted Who?' Live From Dave's Pool - June 9, 2020," available at https://www.youtube.com/watch?v=agjtWNglOu8, Bates numbered as RAP024090.

5.      Submitted separately to the Court as **Attachment 3** is a true and accurate recording of the video titled "Meet the Fact That Will Bring Down Barstool Sports," available at https://www.youtube.com/watch?v=AO_GTorCVwQ, Bates numbered as RAP024091.

6.      Attached hereto as **Attachment 4** is a true and accurate copy of the article titled, "Kmarko to Minihane: I've made 6 mistakes in 11 years," available at https://www.barstoolsports.com/blog/2549214/kmarko-to-minihane-ive-made-6-mistakes-in-11-years, downloaded by a colleague at my direction, which I have personally reviewed, on April 12, 2021 bearing Bates number RAP024092.

I declare under the penalties of perjury under 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: April 12, 2021

By: *[signature]*
Jacob Vega
King & Ballow
315 Union Street, Suite 1100
Nashville, Tennessee 37201
(615)726-5432
jvega@kingballow.com