UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL RAPAPORT and MICHAEL
DAVID PRODUCTIONS, INC.,

                    Plaintiffs,

-v-

BARSTOOL SPORTS, INC., ADAM
SMITH, KEVIN CLANCY, ERIC NATHAN
and DAVID PORTNOY,

                    Defendants.

BARSTOOL SPORTS, INC.,

                  Counterclaimant,

-v-

MICHAEL RAPAPORT and MICHAEL
DAVID PRODUCTIONS, INC,

                  Cross-Defendants.

CIVIL ACTION NO.: 18 Civ. 8783 (NRB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    This action has been referred to the undersigned for settlement. (ECF No. 164). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **Monday, May 23, 2022 at 10:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated:    New York, New York
             May 12, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**