```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

MICHAEL RAPAPORT and MICHAEL DAVID
PRODUCTIONS, INC.,

                        Plaintiffs,           JUDGMENT

           - against -                        18 Civ. 8783 (NRB)

BARSTOOL SPORTS, INC., ADAM SMITH,
KEVIN CLANCY, ERIC NATHAN and DAVID
PORTNOY,

                        Defendants.
------------------------------------X

BARSTOOL SPORTS, INC.,

                        Counterclaimant,

- against -

MICHAEL RAPAPORT and MICHAEL DAVID
PRODUCTIONS, INC.,

                        Cross-defendants.
------------------------------------X
```

**WHEREAS** plaintiffs and counter-defendants Michael Rapaport and Michael David Productions, Inc. ("Plaintiffs") and defendant and counterclaimant Barstool Sports, Inc. ("Barstool") signed a Stipulation for Dismissal and Request for Entry of Judgment (the "Stipulation") on September 9, 2022 (ECF 167), requesting that the Court dismiss with prejudice Plaintiffs' breach of contract claims and Barstool's counterclaim for breach of contract and

enter judgment in favor of Barstool, Adam Smith, Kevin Clancy, Eric Nathan, and David Portnoy ("Defendants") on Plaintiffs' fraudulent inducement, concealment, and defamation claims, and further stipulating that Plaintiffs may only appeal the Court's judgment as to their defamation claims; and

**WHEREAS** the Court so ordered the Stipulation on September 12, 2022 (ECF 168); it is hereby

**ORDERED** that judgment is entered in favor of Defendants dismissing with prejudice Plaintiffs' fraudulent inducement, concealment, and defamation claims, and providing that Plaintiffs may only appeal the dismissal of their defamation claims.

Dated:   New York, New York
         September 14, 2022

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE