# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Michael Rapaport and Michael David Productions, Inc.
(List the full name(s) of the plaintiff(s)/petitioner(s).)

No. 1:18 CV 08783 ( NRB)

-against-

**NOTICE OF APPEAL**

Barstool Sports Inc., Adam Smith, Kevin Clancy

Eric Nathan and David Portony
(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Michael Rapaport and Michael David Productions, Inc.

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☑ judgment  ☑ order  entered on: March 29th, 2021 and September 12, 14, 2022
(date that judgment or order was entered on docket)

that: Granted Summary Judgment in favor of the Defendants on Plaintiffs' Defamation claims and entered judgement dismissing all remaining claims with prejudice provided that Plaintuiffs may appeal the Summary Judgment regardingtheir Defamation claims.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

| | |
|---|---|
| 9/22/2022 | /s/Richard S Busch |
| Dated | Signature* |

Busch, Richard S
Name (Last, First, MI)

| | | | |
|---|---|---|---|
| 315 Union St. Ste. 1100 | Nashville | TN | 37201 |
| Address | City | State | Zip Code |

| | |
|---|---|
| 615-726-5422 | rbusch@kingballow.com |
| Telephone Number | E-mail Address (if available) |

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13